DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TINA MARIE GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0180 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | Date: January 14, 2011 |
| TINA MARIE GONZALES, | Time: 1:30 p.m. |
| *Defendant.* | Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mark McKeon, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Tina Marie Gonzales, that the hearing currently set for November 19, 2010 at 1:30 p.m., **may be rescheduled to January 14, 2011 at 1:30 p.m.**

This continuance is at the request of counsel for defense to allow defendant's case pending in Stanislaus County Superior Court, case #1420657, to resolve. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                    BENJAMIN B. WAGNER
                    United States Attorney

Dated: November 16, 2010            /s/ Mark McKeon
                    MARK MCKEON
                    Assistant United States Attorney
                    Attorney for Plaintiff


                    DANIEL J. BRODERICK
                    Federal Defender

Dated: November 16, 2010            /s/ Peggy Sasso
                    PEGGY SASSO
                    Assistant Federal Defender
                    Attorney for Defendant
                    TINA MARIE GONZALES

**ORDER**

IT IS SO ORDERED.

    Dated:   **November 18, 2010**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE