DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TINA MARIE GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>TINA MARIE GONZALES,<br><br>　　　　　*Defendant.* | NO. 1:06-cr-0180 AWI<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; and ORDER THEREON |

　　　　Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Tina Marie Gonzales, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of her appearance at said time and place.

///

///

///

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: January 13, 2011

/s/ Tina Marie Gonzales
TINA MARIE GONZALES

DATED: January 13, 2011

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Tina Marie Gonzales

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **January 13, 2011**   /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE