```
DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TINA MARIE GONZALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TINA MARIE GONZALES, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. 1:06-cr-0180 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> Date:  April 15, 2011 <br> Time:  1:30 p.m. <br> Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mark McKeon, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Tina Marie Gonzales, that the hearing currently set for March 11, 2011 at 1:30 p.m., **may be rescheduled to April 15, 2011 at 1:30 p.m.**

This continuance is at the request of counsel for defense given that Defendant's pending case in Stanislaus County Superior Court, case #1420657, which is the basis of the charges alleged in the Petition, is still in the process of being resolved. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3    3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: March 9, 2011

/s/ Mark McKeon
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: March 9, 2011

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
TINA MARIE GONZALES

**ORDER**

IT IS SO ORDERED.

   Dated:   **March 9, 2011**          /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

GONZALES: Stipulation to Continue
Status Conference; [Proposed] Order                    −2−