1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  PEGGY SASSO, CA Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5

6  Attorney for Defendant
   TINA MARIE GONZALES
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  NO. 1:06-cr-0180 AWI
                                     )
12          *Plaintiff,*             )  STIPULATION TO CONTINUE STATUS
                                     )  CONFERENCE; ORDER
13      v.                           )
                                     )  Date:  June 24, 2011
14  TINA MARIE GONZALES,             )  Time:  1:30 p.m.
                                     )  Judge: Sheila K. Oberto
15          *Defendant.*             )
                                     )
16  _____ )

17      **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

18  Assistant United States Attorney Mark McKeon, Counsel for Plaintiff, and Assistant Federal Defender

19  Peggy Sasso, Counsel for Defendant Tina Marie Gonzales, that the hearing currently set for April 15, 2011

20  at 1:30 p.m., **may be rescheduled to June 24, 2011 at 1:30 p.m.**

21      This continuance is at the request of counsel for defense given that Defendant's pending case in

22  Stanislaus County Superior Court, case #1420657, which is the basis of the charges alleged in the Petition,

23  is still in the process of being resolved.  The requested continuance will conserve time and resources for

24  both counsel and the court.

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(i) and

3  (iv).

4                                                  BENJAMIN B. WAGNER
                                                   United States Attorney

5

6  Dated: April 12, 2011                           /s/ Mark McKeon
                                                   MARK MCKEON
7                                                  Assistant United States Attorney
                                                   Attorney for Plaintiff
8

9                                                  DANIEL J. BRODERICK
                                                   Federal Defender
10

11  Dated: April 12, 2011                          /s/ Peggy Sasso
                                                    PEGGY SASSO
12                                                  Assistant Federal Defender
                                                    Attorney for Defendant
13                                                  TINA MARIE GONZALES

14

15

16

17                                   **ORDER**

18  IT IS SO ORDERED.

19  **Dated:    April 14, 2011**                     **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28