**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                      RE:    Tina Marie GONZALES
                                Docket Number:   1:06CR00180-01
                                Next Court Date:   06/24/2011
                                **DISMISSAL OF PETITION/**
                                **TERMINATION OF SUPERVISED RELEASE**

Your Honor:

On January 16, 2007, Your Honor sentenced Ms. Gonzales to a 12-month period of incarceration to be followed by a 36-month term of supervised release following her plea of guilty to 18 USC 1708 and 2, Possession of Stolen Mail and Aiding and Abetting (Class D Felony).

On April 12, 2010, a Probation Form 12(a)(1) Petition was signed by Your Honor wherein the Court agreed to follow the recommendation of the probation officer and take no further action in regard to Ms. Gonzales' participation in further criminal activity and her failure to regularly participate in outpatient drug and alcohol treatment.

On September 2, 2010, a Form 12C Petition was filed with the Court alleging Ms. Gonzales' participation in further criminal activity; specifically, on or about May 15, 2010, Ms. Gonzales allegedly assaulted (i.e., slapped) a police officer and while doing so resisted arrest. This matter was ultimately filed under Stanislaus County Superior Court Docket Number 1420657; a seventh Pretrial Hearing is presently scheduled for July 7, 2011.

Ms. Gonzales' 36 month term of supervised release began on August 23, 2007, following her release from a state detainer which originated in Amador County Superior Court under docket number 05CR7319.  On January 3, 2008, the offender was convicted of 529 of the California Penal Code (PC) - False Impersonation (a Felony) and ordered to serve a custodial sentence of 180 days jail, to which she served the majority of her sentence between February 1, 2008 and May 20, 2008.  Ms. Gonzales' period of supervised release was thereafter tolled and extended to December 9, 2010, pursuant to 18 USC 3624(e).

RE:  Tina Marie GONZALES
     Docket Number:   1:06CR00180-01 AWI
     **DISMISSAL OF PETITION/**
     **TERMINATION OF SUPERVISED RELEASE**

Pursuant to 18 USC 3583(I), the Court has the authority to revoke a term of supervised release for a violation of a condition of supervised release, and to order the defendant to serve a term of imprisonment, in the event court proceedings should extend . . . "beyond the expiration of the term of supervised release for *any period reasonably necessary* for the adjudication of matters arising before its expiration if, before its expiration, a warrant or summons has been issued on the basis of an allegation of such a violation."

The alleged criminal conduct outlined in the Form 12C Petition occurred on May 15, 2010, approximately one year ago, and has yet to be adjudicated.  Furthermore, according to the Stanislaus County District Attorney presently assigned to the pending state case, he anticipates the matter will likely go to trial "sometime in the Fall."

Based on the foregoing, an argument could be raised that the violation conduct alleged in the Form 12C Petition filed on September 2, 2010, has not been adjudicated within a reasonable period of time following the scheduled termination of Ms. Gonzales' term of supervised release. Furthermore, any sanction imposed upon Ms. Gonzales by the state court, at this juncture, would be an adequate response to her now rather dated violation conduct.

It is the undersigned's opinion the Court maintains jurisdiction of this matter; however, in the interest of justice, it is recommended that the Form 12C Petition filed on September 2, 2010 be dismissed; thereby, terminating Ms. Gonzales' term of supervised release.  Furthermore, the Status Conference Hearing presently scheduled before The Honorable Dennis L. Beck on June 24, 2011, at 1:30 p.m., be vacated.

This matter has been discussed with both Assistant U. S. Attorney Mark J. McKeon and Assistant Federal Defender Peggy Sasso, neither opposes the recommended dismissal.

                          Respectfully submitted,

                          /s/ Phil R. Hendley, Jr.

                          **Phil R. Hendley, Jr.**
                          **United States Probation Officer**

RE:  Tina Marie GONZALES
    Docket Number:  1:06CR00180-01 AWI
    **DISMISSAL OF PETITION/**
    **TERMINATION OF SUPERVISED RELEASE**

Dated:    May 10, 2011
          Modesto, California
          PRH/lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
          **Deborah A. Spencer**
          **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )  The Form 12C Petition filed on September 2, 2010 be dismissed and Tina Marie Gonzales' term of supervised release be terminated.  Furthermore, the Status Conference Hearing presently scheduled before The Honorable Dennis L. Beck on June 24, 2011, at 1:30 p.m., be vacated.

(   )  Other:

cc:   Mark J. McKeon
      Assistant United States Attorney

      Peggy Sasso
      Defense Counsel

IT IS SO ORDERED.

Dated:   May 11, 2011                                                    _____
                                                                          CHIEF UNITED STATES DISTRICT JUDGE